UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CV 6616**

Yoel Weisshaus, pro se
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ **Civ.** _____ ( ) ( )

-against-

The Port Authority of New York and New Jersey et al,
_____

_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, Yoel Weisshaus _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____

    _____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    November 2007 through November 2009  $2636/m
    _____

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    Unemployment benefits ended Aug '11 $1620/m
    _____

    a) Are you receiving any public benefits?   ☒ No.      ☐ Yes, $_____.

    b) Do you receive any income from any other source?   ☐ No.   ☒ Yes, $ See .
                                                                                  Attached

4.  Do you have any money, including any money in a checking or savings account?  If so, how much?

    ☒ No.        ☐ Yes, $_____.

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.        ☐ Yes,   $_____.

6.  Do you pay for rent or for a mortgage?  If so, how much each month?

    ☐ No.        ☒ Yes,   $1,020 rent_____.

7.  List the person(s) that you pay money to support and the amount you pay each month.

    Amanda Hager, suppose. Yakov Weisshaus son.  They all are part of my daily living expenses and

    enjoy housing, food, etc.

8.  State any special financial circumstances which the Court should consider.

    Unemployment benefits ended August 2011. I have no substantial income at moment. I am a colleg

    Student studying accounting.  I have no savings, equity, investments, credit cards, or any other cash.

    The only other income I rely on is student loan that its refund is used to pay basic utilities for all year.


I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.


**I declare under penalty of perjury that the foregoing is true and correct.**


Signed this 18_____ day of September_____, 2011____.
                 *date*              *month*              *year*


_____
                                    *Signature*

From:   Yoel Weisshaus
        516 River Road 6
        New Milford NJ, 07646
        917.335.1933

**Personal and Confidential**

To:     The Honorable Court

Re: Weisshaus vs Port Authority - *IN FORMA PAUPERIS*

Dear Sir or Madam,

I am Yoel Weisshaus, petitioner in this action.

I request to proceed in *IN FORMA PAUPERIS* because I have no money or liquid funds to pay for fees.  In good faith disclosure and explanation to my affidavit I provide the following information.

I received unemployment benefits until August 2011. My bills, including rent and utilities are to be paid from the refund I will receive in October/November when my student loan refund is received.  I have difficulty finding sufficient employment because there is lack of employment in the field I was employed in, thereby attending college for a career change.

As stated, I am a college student and receive a grant of $2,875 (combined) per semester plus student loans of $4,250. They are subject to deductions of college fees and expenses. (See attached).  I anticipate my refund to be this semester less than $5,000.

I do have a car that is currently financed with payments of $315 per month. The outstanding balance on the car is currently over $7,000.  There is no equity in the car that I can draw on.

My wife and my son are dependent on these funds I bring in, for expenses of basic shelter like housing, utilities, food, and clothing.

Currently, I have no funds I can rely on to furnish the fees associated with this action.  I kindly request a waiver of the fees required, so I can pursue with action for redress.

Shall the Court determine that I do not qualify for this application; I request that the Court grant me leave to pursue this action with an extension of time to pay for the fees in November when I will have on the hand the available funds of my student loan refund.

Dated: September 18, 2011

Sincerely,

Yoel Weisshaus

```
Rabbi Yoel Weisshaus                          DATE:      09/18/11
516 River Rd Apt 6                            SID:       0499411
New Milford, NJ 07646                         SSN:       ████████
                                              AWARD YEAR:   2011-2012
```

Dear Rabbi Yoel Weisshaus,

 We are pleased to offer you a FINANCIAL AID AWARD for the Award Year
listed above.

 This is a tentative award and is based on Full-Time enrollment.
Awards are subject to change pending the results of federal, state
and/or institutional verification, availability of funds and final
enrollment status. Students MUST be enrolled in an approved financial
aid Degree/Certificate program in order to receive financial aid
(Grants, Federal Direct Loans, Work-study).

 Re-admitted/Continuing students will be subject to the review of
their Satisfactory Academic Progress (SAP) at the end of every
semester to include Summer term(s).

 It is the student's responsibility to pay all tuition and fee
charges not covered by financial aid by the payment due date.

| Aid Assistance     | Total       | Fall       | Spring     |
|--------------------|-------------|------------|------------|
| Pell Grant         | $5,550.00   | $2,775.00  | $2,775.00  |
| Supplemental Grant | $200.00     | $100.00    | $100.00    |
| Federal Direct Sub | $4,500.00   | $2,250.00  | $2,250.00  |
| Federal Direct Uns | $4,000.00   | $2,000.00  | $2,000.00  |
| Award Total        | $14,250.00  | $7,125.00  | $7,125.00  |

 If you need additional funding to cover costs and have not already
applied for a Federal Direct Loan, you may do so at
http://www.bergen.edu/pages1/Pages/5669.aspx. Students must be making
Satisfactory Academic Progress (SAP) and maintain enrollment of at
least 6 credits per semester to qualify for a Federal Direct Loan.

 *Federal Workstudy Students: Please note that Federal Workstudy

Rabbi Yoel Weisshaus (Continued)

Funds ARE EARNED and not credited towards your tuition. All Federal Work-study students please visit the Transfer Career Center at room A123 for information.

As a reminder please check your Bergen email and Web Advisor accounts regularly for updates to your financial aid award(s) and important information at http://www.bergen.edu/pages1/pages/Home.aspx.

Sincerely,

Financial Aid Office

CONFIDENTIALITY: This document (including any attachments) is intended only for the addressee and may contain confidential, proprietary and privileged information under applicable law. Unauthorized review, disclosure, copying, transmittal or use is strictly prohibited. If you received this e-mail in error, please immediately notify the sender and delete this e-mail from your system.