USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOEL WEISSHAUS

    Plaintiff

vs.

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY; THE STATE OF NEW
YORK; NEW YORK STATE ASSEMBLY;
NEW YORK STATE SENATE; THE STATE
OF NEW JERSEY; NEW JERSEY STATE
LEGISLATOR; NEW JERSEY STATE
ASSEMBLY; NEW JERSEY STATE SENATE;
AND JOHN AND JANE DOES, 1-20

    Defendants

Case: 11-cv-6616 (LAP)

---

## NOTICE OF APPEAL

1.     Notice is hereby given that Yoel Weisshaus, the plaintiff in this action hereby appeals to the United States Court of Appeals for the Second Circuit Dated October 24, 2011 from the order and judgment dismissing this case on the grounds of sovereign immunity and failure to state a claim, as well as such other order the Court has entered in this action with regard to all defendants above except for these defendants The State of New York; New York State Assembly; New York State Senate; The State of New Jersey; New Jersey State Legislator; New Jersey State Assembly; and New Jersey State Senate.

2.      Further notice is hereby given, plaintiff sought leave from the District Court to file a motion for reconsideration on overlooked merits by November 28, 2011; since the request was not acted on, plaintiff assumes the request denied as moot for the purposes of filing a timely appeal after the dismissal of complaint.

Dated: November 16, 2011

New Milford NJ,

        Notice of Appeal Respectfully Submitted

        Yoel Weisshaus
        516 River Road 6
        New Milford NJ, 07646