UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

YOEL WEISSHAUS,

        Plaintiff,                       11 **CIVIL** 6616 (RKE)

    -against-                         **JUDGMENT**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

        Defendant.
-------------------------------------------------------X

      Before the Court is defendant Port Authority of New York and New Jersey's ("defendant") motion to dismiss plaintiff Yoel Weisshaus' ("plaintiff") amended complaint, and plaintiff's cross-motion asking the Court to grant him leave to file a second amended complaint.

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated December 17, 2018, defendant's motion to dismiss is granted, plaintiff's cross-motion for leave to file a second amended complaint is denied, and plaintiff's claims are dismissed in their entirety.

**Dated:**  New York, New York
           December 18, 2018

                                                         Ruby J. Krajick
                                                    **Clerk of Court**

                                                    **Deputy Clerk**