UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                            Plaintiff,

    -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                            Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

# ORDER

On May 28, 2020, the Court of Appeals issued a summary order, No. 19-161-cv, Dkt. No. 95, vacating in part and remanding the court's December 17, 2018 opinion, No. 11-cv-6616, Dkt. No. 78. The Court of Appeals' order directed the court

> to convert the motion to one for summary judgment, in whole or in part, and to permit [Plaintiff] an opportunity to submit evidence in opposition to the motion. Of course, the district court is free, upon such conversion, to consider the evidentiary materials submitted by [Defendant]. We express no opinion as to the merits of [Plaintiff's] claim.

*Weisshaus v. Port Authority of New York & New Jersey*, No. 19-161-cv (May 28, 2020), Dkt. No. 95 at 7.

The sole issue remaining is Plaintiff's claim that revenue from a toll increase implemented in 2011 was used for projects not functionally related to the Interstate Transportation Network. Accordingly, it is hereby

**ORDERED** that Defendant's motion to dismiss for failure to state a claim is converted to one for partial summary judgment, and it is further

**ORDERED** that, on or before July 10, 2020, the parties shall jointly submit a letter informing the court whether they intend to rely on Defendant's prior submissions, and any responsive submissions provided by Plaintiff, or whether discovery is warranted, and it is further

**ORDERED** that, should one or both of the parties desire discovery, the parties shall submit, with the July 10 letter, a joint proposed schedule for discovery not to exceed three months.

**IT IS SO ORDERED.**

    /s/ Richard K. Eaton
    Richard K. Eaton, Judge

Dated: June 25, 2020
       New York, New York