UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                        Plaintiff,

                                                            11 Civ. 6616 (RKE)

   -against-

                                                             **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                        Defendant.

------------------------------------------------------------------------x

**ORDER**

The Court directs that discovery shall proceed as follows:

1. Interrogatories and document demands to be served by August 3, 2020;

2. Fact discovery to be completed by October 15, 2020;

3. Parties to notify the Court whether they intend to introduce experts and require expert discovery by October 20, 2020.

**IT IS SO ORDERED.**

                                                /s/ Richard K. Eaton
                                                 Richard K. Eaton, Judge

Dated: July 16, 2020
       New York, New York