UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

                                                                 11 Civ. 6616 (RKE)

    -against-

                                                                    **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

------------------------------------------------------------------------x

## **ORDER**

       The Court has received Plaintiff's letter-motion for a discovery dispute conference pursuant to Local Rule 37.2. Dkt. No. 86. It is hereby

   **ORDERED** that Plaintiff's letter-motion is denied.

                                                                    /s/ Richard K. Eaton
                                                                     Richard K. Eaton, Judge

Dated: September 8, 2020
       New York, New York