UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                                 Plaintiff,

                                                                      11 Civ. 6616 (RKE)

    -against-

                                                                        **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                                 Defendant.

------------------------------------------------------------------------x

# ORDER

    Upon consideration of Plaintiff's letter-motion for an extension of the discovery deadline, ECF No. 88, Defendant's response in opposition, ECF No. 89, and Plaintiff's reply, ECF No. 90, it is hereby

    **ORDERED** that the court reserves decision on Plaintiff's motion; and it is further

    **ORDERED** that, because Plaintiff has previously complied with the requirements of Local Rule 37.2, ECF No. 86, he may, if he wishes, file a motion to compel with respect to the discovery sought on the sole live issue remaining in this case, *i.e.*, the alleged diversion of tolls to projects not related to Defendant's interdependent transportation system (ITN).

                                                                          /s/ Richard K. Eaton
                                                                              Richard K. Eaton
                                                                        U.S.D.J., by Designation

Dated: October 8, 2020
       New York, New York