**Subject:** Re: Weisshuas v PA
**From:** "Yoel Weisshaus" <yoelweisshaus@gmail.com>
**Sent:** 8/7/2020 5:53:14 PM
**To:** "Miller, Kathleen" <kmiller@panynj.gov>;

Please note that the Port Authority failed to produce a Rule 26 disclosure.

Please note, that the Port Authority must make itself available early next week for a meet and confer. It is unacceptable that you would seek to waste more than half of the discovery schedule on meaningless objections.

On Fri, Aug 7, 2020, 5:41 PM Miller, Kathleen <kmiller@panynj.gov> wrote:

> I will be available for a meet and confer on the dispute between us over your demands and what the Port Authority agrees to provide after August 24.
>
> NOTICE: THIS E-MAIL AND ANY ATTACHMENTS CONTAIN INFORMATION FROM THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND AFFILIATES. IF YOU BELIEVE YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY, PERMANENTLY DELETE THIS E-MAIL (ALONG WITH ANY ATTACHMENTS), AND DESTROY ANY PRINTOUTS.