**Subject:** Re: Weisshuas v PA
**From:** "Yoel Weisshaus" <yoelweisshaus@gmail.com>
**Sent:** 8/20/2020 3:41:59 AM
**To:** "Miller, Kathleen" <kmiller@panynj.gov>;

Dear Ms. Miller,

In consideration to your email below and in further reference to my recent emails to you, which you did not offer the courtesy to respond. I will wait to hear from you when you are available to meet and confer by phone or by email. If by August 24, 2020, I have not received a response, I will write to the Court. Such meet and confer cannot be delayed after August 25, 2020.

Hopefully we can avoid the need to involve the Court.

Sincerely,

Yoel Weisshaus

On Fri, Aug 7, 2020, 5:41 PM Miller, Kathleen <kmiller@panynj.gov> wrote:

> I will be available for a meet and confer on the dispute between us over your demands and what the Port Authority agrees to provide after August 24.
>
> NOTICE: THIS E-MAIL AND ANY ATTACHMENTS CONTAIN INFORMATION FROM THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND AFFILIATES. IF YOU BELIEVE YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY, PERMANENTLY DELETE THIS E-MAIL (ALONG WITH ANY ATTACHMENTS), AND DESTROY ANY PRINTOUTS.