

**VIA EMAIL (yoelweisshaus@gmail.com)**

October 7, 2020

Yoel Weisshaus
235 Milford Avenue
Apt 2E
New Milford
New Jersey 07646

*Re: Weisshaus v. The Port Authority of New York & New Jersey*
   *11 Civ. 6616 (RKE)*

Dear Mr. Weisshaus:

In response to your Second Deposition Notice of October 1, 2020, please be advised that all of the witnesses are retired.  Since they are no longer employed, it is defendant's only obligation to provide you with the last known address, which I have already done for Darrell Buchbinder and Michael Fabiano.

Addresses for the remaining witnesses you designated are as follows:

> David Tweedy
> 443 12th Street Apt. 14D
> Brooklyn, New York 11215
>
> Karen Eastman
> 35 Onondaga Street
> Old Bridge New Jersey 08857
>
> Mark Muriello
> 111B South Maple Avenue
> Park Ridge New Jersey 07656

It is your obligation to make remote participation in a deposition available to any witness that you subpoena and that includes providing a computer and a safe Covid free environment to the witness.



    In addition, as part of defendant's continuing production, defendant is providing herewith and by separate email as needed by the volume of the production, the Bayonne Bridge contract which is in 6 volumes and the Bayonne Bridge Engineering contract.

Very truly yours,

/S/

Kathleen Gill Miller

KGM:kc