**Subject:** Fw: Activity in Case 1:11-cv-06616-RKE Weisshaus v. The Port Authority of New York and New Jersey et al Order on Motion for Extension of Time to Complete Discovery
**From:** "Yoel Weisshaus" <yoelweisshaus@gmail.com>
**Sent:** 10/9/2020 12:17:43 AM
**To:** "Miller, Kathleen" <kmiller@panynj.gov>;

Dear Ms Miller,

In light of the Court's order, issued October 8, 2020, I would like to propose a stipulation that would obviate the need for further motion practice:

a.   The Port Authority will produce responses to the document demands and interrogatories by October 20, 2020,

b.   The Port Authority will produce initial disclosures by October 16, 2020,

c.   The Port Authority will in its initial disclosures designate a 30(b)(6) witness who will provide testimony over the Port Authority's system of managing revenues from the ITN and its accounting methods,

d.   The Port Authority will produce an itemized inventory of the documents it produced as duplicated from AAA by October 25, 2020,

e.   The Port Authority consents to extending discovery until December 15, 2020,

f.   The Plaintiff will submit proposed subpoenas to the Clerk of the Court, of the individuals named in the second deposition notice, by October 30, 2020, and

g.   The parties will inform the Court by December 21, 2020, whether expert testimony is necessary.

Can we agree to this proposal?

Sincerely,

Yoel Weisshaus

------ Forwarded Message ------
From: NYSD_ECF_Pool@nysd.uscourts.gov
To: CourtMail@nysd.uscourts.gov
Sent: 10/8/2020 5:04:50 PM

Subject: Activity in Case 1:11-cv-06616-RKE Weisshaus v. The Port Authority of New York and New Jersey et al Order on Motion for Extension of Time to Complete Discovery

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 10/8/2020 at 5:04 PM EDT and filed on 10/8/2020
**Case Name:**     Weisshaus v. The Port Authority of New York and New Jersey et al
**Case Number:**     [1:11-cv-06616-RKE](#)
**Filer:**
**WARNING: CASE CLOSED on 12/18/2018**
**Document Number:** [91](#)

**Docket Text:**
**ORDER with respect to [88] LETTER MOTION for Extension of Time to Complete Discovery. Upon consideration of Plaintiff's letter-motion for an extension of the discovery deadline, ECF No. 88, Defendant's response in opposition, ECF No. 89, and Plaintiff's reply, ECF No. 90, it is hereby ORDERED that the court reserves decision on Plaintiff's motion; and it is further ORDERED that, because Plaintiff has previously complied with the requirements of Local Rule 37.2, ECF No. 86, he may, if he wishes, file a motion to compel with respect to the discovery sought on the sole live issue remaining in this case, i.e., the alleged diversion of tolls to projects not related to Defendant's interdependent transportation system (ITN). (Signed by Judge Richard K. Eaton, by Designation on 10/8/2020) (jca)**

**1:11-cv-06616-RKE Notice has been electronically mailed to:**

Kathleen Gill Miller     [kmiller@panynj.gov](mailto:kmiller@panynj.gov), [panylit@panynj.gov](mailto:panylit@panynj.gov)

Yoel Weisshaus     [yoelweisshaus@gmail.com](mailto:yoelweisshaus@gmail.com)

**1:11-cv-06616-RKE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/8/2020] [FileNumber=24734983-0] [9bd570a9bb3cdd0de5a18b7cabfa11195c0fc91aaf612915703f37618f6ea63527da91860694d817382818c01f6301369aebdef34a153b5f0543327f8a5d8dd4]]