

**PORT AUTHORITY NY NJ**
AIR LAND RAIL SEA

VIA FEDERAL EXPRESS

September 10, 2020

Yoel Weisshaus
235 Milford Avenue
Apt 2E
New Milford
New Jersey 07646

              Re: *Weisshaus v. The Port Authority of New York & New Jersey*
                  *11 Civ. 6616 (RKE)*

Dear Mr. Weisshaus:

      Enclosed herewith please find one thumb drive containing all the documents that were produced by the Port Authority in connection with the case entitled *AAA v. The Port Authority of New York and New Jersey* 11 civ 6746 (RKE). This case raised the identical issue that you have raised and which is the only one remaining----namely that toll revenues were diverted to other projects, including the Bayonne Bridge renovation and the Pulaski Skyway roadways. It has been contended by both AAA and yourself that these were not part of the Port Authority's Interstate Transportation Network (ITN) for which tolls could be used. I believe these documents are responsive to your document demands. They are being produced on disk and in the format of the *AAA* case because their sheer volume prevents them from being separately produced in your case under the constraints imposed on the Law Department by the Covid pandemic regulations, which has closed our office.

                                                                      Very truly yours,

                                                                      Kathleen Gill Miller

KGM:kc
Encls.

4 World Trade Center | 150 Greenwich Street, 24 Floor | New York, NY 10007 | T 212-435-3434 | F 212-435-3465 | kmiller@panynj.gov