

**VIA EMAIL (yoelweisshaus@gmail.com)**

September 23, 2020

Yoel Weisshaus
235 Milford Avenue
Apt 2E
New Milford
New Jersey 07646

        *Re: Weisshaus v. The Port Authority of New York & New Jersey*
          *11 Civ. 6616 (RKE)*

Dear Mr. Weisshaus:

    Defendants are further supplementing their document production by providing herewith the Program Management Agreement between the New Jersey Department of Transportation and the Port Authority of New York and New Jersey, dated July 11, 2011 (Exhibit A hereto) and the Amended Management Agreement between the New Jersey Department of Transportation and the Port Authority of New York and New Jersey dated May 17, 2012. The agreement and the amendment are for the work on the Pulaski Skyway and related roadways to improve traffic at the Lincoln Tunnel.

                                    Very truly yours,

                                    /S/

                                  Kathleen Gill Miller

KGM:kc
Encls.

4 World Trade Center  |  150 Greenwich Street, 24 Floor  |  New York, NY 10007  |  T: 212-435-3434  |  F: 212-435-3468  |  kmiller@panynj.gov