UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| YOEL WEISSHAUS, <br><br> Plaintiff <br><br> vs. <br><br> THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, <br><br> Defendants. | Case:   11-cv-6616-RKE |

---

**Rule 26(a) Disclosures**

Plaintiff provides the forgoing disclosures:

1. Discoverable information:

    a. Chevra Kadisha Taharath Jacob Isaac, 20 Banta Place, Suite 202, Hackensack NJ, 07601, and is able to provide testimony that Defendant's toll prices are causing to the injury of depriving Plaintiff employment in the City of New York.

2. All documents that Plaintiff has is already filed in this case. Please reserves the right to produce in the bates format and supplement them throughout discovery.

3. There are over 400 instances of overcharged tolls, which is the basis for computation of damages.

4. Plaintiff has no insurance agreements.