

**VIA EMAIL (yoelweisshaus@gmail.com)**

October 21, 2020

Yoel Weisshaus
235 Milford Avenue
Apt 2E
New Milford
New Jersey 07646

      *Re: Weisshaus v. The Port Authority of New York & New Jersey*
       *11 Civ. 6616 (RKE)*

Dear Mr. Weisshaus:

 This is to confirm that on October 20, 2020, I sent you via email the entire Engineer 's Contract for the Bayonne Bridge reconstruction.  Due to the size of the document it could not be sent in one email, so it was broken down into three parts containing the first, second and third portions of that document in order.

 Today I emailed to you the cost documents for the Skyway, Wittpenn construction of the Lincoln Tunnel Access project costs relating to the Pulaski Bridge and New Road for 2017-2020 by year. Again, these documents could not be sent as one email.  These documents are identified in the four emails as follows:

  2017: LT Access Payment Breakdown to 3/31/17

    NJDT letter 5/1/17 certifying qualified costs for the Pulaski Skyway

    NJDT letter 5/1/17 certifying qualified costs for the New Road

  2018:  LT Access Payment Breakdown 1st qr. 2018

    LT Access Payment Breakdown 2d qr. 2018

    NJDT letter 8/1/18 certifying qualified costs

  2019:  LT Access Payment Breakdown 3d qr. 2019

    NJDT letter 11/5/19 certifying qualified costs Wittpenn Bridge

    NJDT letter 8/9/19 certifying qualified costs Pulaski Skyway,

    Wittpenn & New Road



  2020: LT Access Payment Breakdown 1srt qr. 2020

   NJDT letter 6/26/20 certifying costs New Road

   NJDT letter 6/26/20 certifying costs Pulaski Skyway, Wittpenn & New Road

 These costs were incurred pursuant to the Program Management Agreement between NJDT and the Port Authority which was provided to you on September 23.  I am advised that these documents are the complete record of the billing.

       Very truly yours,

        /S/

       Kathleen Gill Miller

KGM:kc