

Yoel Weisshaus
235 Milford Avenue 2E
New Milford NJ, 07646

*Cell*: 917.335.1933
*Tel*: 201.357.2651
*Fax*: 201.625.6313
*Email*: yoelweisshaus@yahoo.com

November 11, 2020

To:  The Honorable Richard K. Eaton
United State District Court Judge
Southern District of New York
500 Pearl Street - New York NY, 10007

Re: *Weisshaus v. Port Authority, et al.* 11-cv-6616 (RKE)

Dear Judge Eaton,

I am plaintiff and write regarding the late filing of my declaration in opposition to the cross motion. (ECF 99). Previously, at my request the Court scheduled November 10, 2020 as the time for my opposition.

On November 10, 2020, while I was completing drafting the deceleration in opposition, a bluescreen on my computer disrupted my work. A bluescreen is also known as a fatal system error. The results were a great loss of content.

Wherefore, Plaintiff respectfully requests that the Court accept my opposition as filed timely.

I thank you in advance for consideration of this matter.

Very truly yours,

/s/   Yoel Weisshaus

Cc: Kathleen G. Miller for the Port Authority, by ECF