UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                    Plaintiff,

  -against-                                    11 Civ. 6616 (RKE)

PORT AUTHORITY OF NEW YORK                    **ORDER**
AND NEW JERSEY,

                    Defendant.

------------------------------------------------------------------------x

**Order**

In its declaration opposing Plaintiff's motion to compel and supporting its motion for a protective order, ECF No. 95, Defendant stated that it had provided Plaintiff with a thumb drive of the "entire document production" made to AAA in a previous proceeding, *AAA Northeast et al. v. The Port Authority*, No. 11-6746. In his motion to compel, ECF No. 92, Plaintiff claimed that the documents were not Bates numbered or indexed.

It is hereby

**ORDERED** that Defendant shall inform the Court by letter of the form in which it originally provided the documents to AAA; and it is further

**ORDERED** that this letter shall be due on or before January 11, 2021, with a copy provided to Plaintiff.

                                                                          /s/ Richard K. Eaton
                                                                   Richard K. Eaton, Judge

Dated: December 23, 2020
         New York, New York