UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

                                                                                    11 Civ. 6616 (RKE)

   -against-

                                                                               **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

------------------------------------------------------------------------x

## Order

In advance of the deposition of Defendant Port Authority's designated witness, Michael Fabiano, Plaintiff Weisshaus has filed a letter addressing the state of discovery, including remaining disputes between the parties. (Dkt. No. 104.) The Port Authority submitted a response (Dkt. No. 105), appending its objections to the scope and subject matter of Weisshaus' amended deposition demands (Dkt. No. 92-10). Accordingly, it is hereby

**ORDERED** that the Court shall hold a discovery hearing on Thursday, February 25, 2021, at 11 A.M.  Eastern Standard Time; and it is further

**ORDERED** that the hearing shall be held by telephone, consistent with further instruction from the Court, at which time the Court will rule on at least some of the Port Authority's objections to Weisshaus' discovery demands.

                                                                              /s/ Richard K. Eaton
                                                                                Richard K. Eaton
                                                                             U.S.D.J., by Designation

Dated: February 16, 2021
       New York, New York