UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

YOEL WEISSHAUS,

                                Plaintiff,

      -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                               Defendant.

-------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## Order

On February 25, 2021, the Court held a discovery hearing and ruled on some of the Port Authority's objections to Weisshaus' discovery demands. The transcript, Dkt. No. 107, contains the rulings of the Court and is

    **SO ORDERED**.

                                                           /s/ Richard K. Eaton
                                                               Richard K. Eaton
                                                           U.S.D.J., by Designation

Dated: April 1, 2021
         New York, New York