UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                       Plaintiff,

    -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                      Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## Order

It is hereby

**ORDERED** that, subject to the limitations set forth by Court order in the hearing held February 25, 2021, ECF No. 107, ECF No. 109, Weisshaus' deposition of the Port Authority's designated Fed. R. Civ. P. 30(b)(6) witness, Michael Fabiano, shall be conducted on May 3, 2021 at 9:00 A.M. Eastern Standard Time; it is further

**ORDERED** that the deposition shall be held by telephone, consistent with further instruction from the Court; and it is further

**ORDERED** that, on or before April 19, 2021, Weisshaus shall identify to the Port Authority any documents on which he intends to rely.

                                                                  /s/ Richard K. Eaton
                                                                    Richard K. Eaton
                                                               U.S.D.J., by Designation

Dated: April 13, 2021
       New York, New York