UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                                        Plaintiff,

                                                                    11 Civ. 6616 (RKE)

          -against-

                                                                    **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                                        Defendant.

------------------------------------------------------------------------x

## Order

The Court has received Plaintiff's letter, Dkt. No. 111, requesting that the deposition of Michael Fabiano scheduled for May 3, 2021 shall be held via the video-conferencing platform vTestify.com. It is hereby

**ORDERED** that the parties shall inform the Court by letter how Judge Eaton and his law clerks may access and use vTestify in the manner necessary to accommodate Judge Eaton's ability to rule on objections; and it is further

**ORDERED** that such letter(s) shall be due by Tuesday, April 27, 2021.

                                                    /s/ Richard K. Eaton
                                                    Richard K. Eaton
                                                    U.S.D.J., by Designation

Dated: April 23, 2021
          New York, New York