UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                      Plaintiff,

   -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                      Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## Order

The Court has received the parties' letters, Dkt. Nos. 113 & 114, addressing potential video-conferencing platforms for use at the deposition of Michael Fabiano scheduled for May 3, 2021. Plaintiff has agreed to assume the cost of use of vTestify.com. The Court will participate in a test of vTestify, facilitated by the court reporting firm Pirozzi & Hillman, on Thursday, April 29, 2021 at 2:00 PM EST, in reliance on the information provided by Plaintiff, Dkt. No. 114.

**SO ORDERED**.

                                            /s/ Richard K. Eaton
                                              Richard K. Eaton
                                           U.S.D.J., by Designation

Dated: April 28, 2021
       New York, New York