UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

11 Civ. 6616 (RKE)

**ORDER**

-----------------------------------------------------------------x

## Order

The parties are directed to confer concerning the "usual stipulations" made regarding depositions, and to be prepared to report to the Court at the start of the deposition on May 3, 2021 whether or not they have agreed to such stipulations.

It is the Court's understanding that Defendant Port Authority's concerns about the accessibility of documentary exhibits has been eliminated by the features available through vTestify, as demonstrated in the video-conferencing test today, April 29, 2021. If that is not the case, the Port Authority should contact the Court no later than April 30, 2021.

**SO ORDERED.**

                                              /S/       Richard K. Eaton
                                                          Judge

                                                       U.S.D.J., by Designation

Dated: April 29, 2021
       New York, New York