UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                        Plaintiff,

   -against-                                          11 Civ. 6616 (RKE)

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,                                **ORDER**

                        Defendant.

------------------------------------------------------------------------x

## Order

In advance of issuing the proposed scheduling order for discovery, ECF No. 118, it is

**ORDERED** that the Court shall hold a conference call to discuss the substance of the order on Thursday, June 17, 2021, at 11 A.M. Eastern Standard Time, with call-in information to be provided to the parties.

                                                                    /s/ Richard K. Eaton
                                                                        Richard K. Eaton
                                                                  U.S.D.J., by Designation

Dated: June 8, 2021
       New York, New York