UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

YOEL WEISSHAUS,

Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

Defendant.

--------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

**ORDER**

On June 25, 2020, the Court converted Defendant's motion to dismiss for failure to state a claim to one for summary judgment on Plaintiff's sole remaining claim that revenue from a toll increase implemented in 2011 was used for projects not functionally related to the Interstate Transportation Network, ECF No. 82.

Thereafter the Court issued several orders scheduling discovery, but reserved judgment on Plaintiff's most recent request for an extension of time, ECF No. 88, in anticipation of Plaintiff's first motion to compel, filed October 16, 2020, ECF No. 92.

Since the filing of Plaintiff's motion, Plaintiff has received responses to his approved interrogatories, ECF No. 104-1, as well as the "entire document production" made by Defendant to AAA in a previous proceeding, *AAA Northeast et al. v. The Port Authority*, No. 11-6746, ECF No. 95. Further, Plaintiff deposed Defendant's designated Rule 30(b)(6) witness, Michael Fabiano, on May 3, 2021.

Accordingly, the Court denies Plaintiff's motion for an extension of time, ECF No. 88, and

directs that the remaining discovery, and summary judgment briefing, shall proceed as follows:

1. Additional interrogatories and document demands, if any, to be submitted to the Court for approval by July 30, 2021;
2. Subpoenas of additional Port Authority witnesses whom Plaintiff intends to depose issued by September 15, 2021;
3. Designation of expert witness(es) by either party by October 15, 2021;
4. All fact discovery to be completed by November 15, 2021;
5. Joint statement of material facts not in dispute, including a joint definition of "tolls," due by December 15, 2021;
6. Plaintiff's cross-motion for summary judgment, if any, due by January 18, 2022;
7. Defendant's brief in support of summary judgment and in response to Plaintiff's cross-motion, if any, due by February 15, 2022;
8. Plaintiff's response brief due by March 15, 2022;
9. Defendant's reply due by April 14, 2022.

**SO ORDERED**.

/s/ Richard K. Eaton
Richard K. Eaton
U.S.D.J., by Designation

Dated: June 17, 2021
New York, New York