UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

                                                            11 Civ. 6616 (RKE)

        -against-

                                                            **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

------------------------------------------------------------------------x


                         **ORDER**

        The Court has received Plaintiff's reply, ECF No. 130, to Defendant's most recent response

in opposition, ECF No. 127. It is hereby **ORDERED** that neither party shall file any further letters

or motion papers with regard to Plaintiffs' outstanding document demands, ECF Nos. 123, 125,

without leave of the Court.


                                                    /s/ Richard K. Eaton
                                                    Richard K. Eaton
                                                    U.S.D.J., by Designation

Dated: September 10, 2021
        New York, New York