UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

YOEL WEISSHAUS,

                                Plaintiff,

                                                                           11 Civ. 6616 (RKE)

-against-

                                                                          **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                                Defendant.

-------------------------------------------------------------------------x

**ORDER**

        In response to the Court's Order dated September 17, 2021, ECF No. 133, Defendant Port Authority filed a written explanation of the term "write-off" as it has been included in capital investments in Schedule F of its consolidated financial statements since 2014, and provided an example thereof. *See* ECF No. 134. It is hereby

        **ORDERED** that, by November 8, 2021, the Port Authority shall provide information to Plaintiff showing gross amounts of capital expenditures, excluding write-offs, for each ITN facility by fiscal year from 2007-2020, in spreadsheet (.pdf or .xlsx) form.

                                                                                  /s/ Richard K. Eaton
                                                                                      Richard K. Eaton
                                                                               U.S.D.J., by Designation

Dated: October 7, 2021
        New York, New York