# EXHIBIT A

**The Port Authority of NY & NJ**
**Interstate Transportation Network (ITN) Facilties-Capital Spending***
**2007 - 2020**

| Facility | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (In thousands) | | | | | | |
| Holland Tunnel | $ 20,705 | $ 14,542 | $ 22,064 | $ 22,539 | $ 19,229 | $ 18,891 | $ 16,610 | $ 20,376 | $ 35,703 | $ 44,457 | $ 44,618 | $ 53,573 | $ 60,562 | $ 79,289 |
| Lincoln Tunnel | 29,162 | 22,702 | 18,785 | 25,405 | 34,778 | 78,617 | 141,052 | 320,184 | 200,562 | 268,585 | 208,629 | 240,243 | 206,771 | 186,375 |
| George Washington Bridge & Bus Terminal | 51,761 | 55,410 | 61,574 | 47,773 | 48,190 | 55,320 | 67,420 | 92,519 | 80,763 | 80,258 | 125,674 | 183,584 | 196,637 | 246,508 |
| Bayonne Bridge | 4,246 | 15,342 | 16,725 | 5,605 | 13,680 | 44,699 | 102,192 | 225,598 | 332,548 | 327,343 | 207,127 | 221,016 | 95,071 | 2,846 |
| Goethals Bridge | 16,196 | 21,180 | 15,673 | 15,080 | 19,158 | 25,454 | 54,574 | 269,156 | 272,785 | 427,129 | 268,774 | 145,940 | 43,813 | 6,615 |
| Outerbridge Crossing | 4,574 | 6,189 | 1,001 | 370 | 2,272 | 2,545 | 15,515 | 14,273 | 5,004 | 4,334 | 3,283 | 15,452 | 37,893 | 5,266 |
| Ferry Transportation | 31,978 | 14,144 | 7,397 | 20,038 | 6,132 | 70 | 70 | 1,611 | 592 | 290 | 294 | 1,737 | 73 | 82 |
| PATH | 460,406 | 602,766 | 734,322 | 835,067 | 718,121 | 751,521 | 553,629 | 510,159 | 269,760 | 454,773 | 274,669 | 340,098 | 354,744 | 336,168 |
| Journal Square Transportation Center | 4,462 | 7,384 | 7,041 | 5,420 | 7,897 | 6,642 | 6,269 | 3,984 | 34 | 2 | 274 | 854 | 4,422 | 3,834 |
| Port Authority Bus Terminal | 40,906 | 40,600 | 45,884 | 35,058 | 34,951 | 20,762 | 27,684 | 20,517 | 29,288 | 31,462 | 32,673 | 73,364 | 62,457 | 60,026 |
| Total | $ 664,396 | $ 800,259 | $ 930,465 | $ 1,012,355 | $ 904,408 | $ 1,004,521 | $ 985,014 | $ 1,478,377 | $ 1,227,039 | $ 1,638,633 | $ 1,166,013 | $ 1,275,860 | $ 1,062,443 | $ 927,010 |

* Capital spending amounts exclude write-offs.