UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                                   Plaintiff,

                                                                            11 Civ. 6616 (RKE)

          -against-

                                                                            **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                                   Defendant.

------------------------------------------------------------------------x

## **ORDER**

The Court notes that the deadline by which the parties were to have submitted a joint statement of undisputed material facts, February 15, 2022, has passed with no filing. The Court has received the Port Authority's letter dated February 14, 2022, ECF No. 148, asking to be released from the obligation to submit a joint statement.

It is hereby

**ORDERED** that the parties shall meet and confer again to prepare a joint statement of undisputed material facts in this matter; and it is further

**ORDERED** that the new deadline for the joint statement, and the individual statement of the opposing party, if any, shall be March 10, 2022; and it is further

**ORDERED** that, should the Court find that either party has failed to cooperate in the preparation of this joint statement, the Court will consider sanctions against the uncooperative

Ct. No. 11 Civ. 6616 (RKE)

party in an amount equal to attorney's fees incurred in the efforts to prepare and submit the joint

statement and to prepare and submit any individual statement.

    **SO ORDERED**.


                                  /s/ Richard K. Eaton
                                  U.S.D.J., by Designation

Dated: February 24, 2022
       New York, New York