UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                        Plaintiff,

            11 Civ. 6616 (RKE)

  -against-

            **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                        Defendant.

------------------------------------------------------------------------x

**ORDER**

      The Court has received Plaintiff's letter-motion for a discovery dispute conference pursuant to Local Civil Rule 37.2. ECF No. 166. Upon consideration of Plaintiff's letter-motion, ECF No. 166, the Port Authority's letter-motion in opposition, ECF No. 167, and Plaintiff's reply letter-motion, ECF No. 168, it is hereby

      **ORDERED** that Plaintiff's request for a discovery dispute conference is granted; and it is further

      **ORDERED** that the parties are instructed to alert the Court by letter dated no later than October 28, 2022, of their availability for a phone conference, to be set up by the parties, during the week of October 31, 2022 to November 4, 2022.

                                                       /s/ Richard K. Eaton
                                                          Richard K. Eaton
                                                     U.S.D.J., by Designation

Dated: October 11, 2022
       New York, New York