UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

                                                                                       11 Civ. 6616 (RKE)

   -against-

                                                                                      **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

------------------------------------------------------------------------x

**ORDER**

Upon further consideration and consultation with the parties, it is hereby

**ORDERED** that a Local Civil Rule 37.2 conference will be held on Wednesday, November 2, 2022, at 2:00 p.m. EST. It will be held via teleconference, with dial-in information to be provided to the parties by the Court.

                                                                           /s/ Richard K. Eaton
                                                                             Richard K. Eaton
                                                                       U.S.D.J., by Designation

Dated: October 17, 2022
       New York, New York