UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

            -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                           Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**<u>ORDER</u>**

**<u>ORDER</u>**

       The Court has received the Port Authority's letter, dated November 9, 2022, ECF No. 171, stating that it has agreed to produce Elizabeth McCarthy as a witness for deposition by Plaintiff. It is not clear to the Court, however, from this letter, whether Ms. McCarthy will be produced as a witness under Federal Rule of Civil Procedure 30(b)(6), or as another type of witness under the relevant rules. As such, the parties are instructed to consult and report back to the Court, by letter dated no later than November 18, 2022, specifying the type of witness Ms. McCarthy will be designated as.

       **IT IS SO ORDERED.**

                                         ___/s/ Richard K. Eaton___
                                          Richard K. Eaton
                                          U.S.D.J., by Designation

Dated: November 10, 2022
       New York, New York