UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

    -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

**ORDER**

      Upon consideration of the parties' letters, ECF Nos. 173 & 174, in response to the Court's Order dated November 10, 2020, ECF No. 172, the Court concludes that the Port Authority's witness, Elizabeth McCarthy, is to be designated as a hybrid fact/expert witness. That is, Ms. McCarthy may testify about factual matters to which she has first-hand knowledge, in addition to providing her expert opinion on matters requiring specialized knowledge, skill, experience, training, or education.

      Additionally, the Court grants the Port Authority leave to file a motion for a protective order as requested by the Port Authority in its November 9, 2022, letter to the Court, ECF No. 171.

      Accordingly, it is hereby

      **ORDERED** that the Port Authority's witness, Elizabeth McCarthy, is to be designated as a hybrid fact/expert witness and will be deposed as such; it is further

      **ORDERED** that the Port Authority's request for leave to file a protective order limiting the scope of Ms. McCarthy's deposition is granted; and it is further

Court No. 11-6616 Page 2

**ORDERED** that the Port Authority shall file its motion for a protective order no later than January 27, 2023.

          /s/ Richard K. Eaton
          Richard K. Eaton
          U.S.D.J., by Designation

Dated: January 20, 2023
       New York, New York