UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                      Plaintiff,

                                                    11 Civ. 6616 (RKE)

  -against-

                                                   **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                      Defendant.

------------------------------------------------------------------------x

## **ORDER**

The Court has received the Port Authority's Notice of Motion, ECF No. 176, and accompanying Declaration and Memorandum of Law, ECF Nos. 177 & 178, and directs that the Port Authority file a proposed order when it moves this Court for a protective order under Federal Rule of Civil Procedure 26(c).

Accordingly, it is hereby

**ORDERED** that the Port Authority must file a proposed order along with its motion for a protective order under Federal Rule of Civil Procedure 26(c).

                                                                /s/ Richard K. Eaton
                                                                   Richard K. Eaton
                                                             U.S.D.J., by Designation

Dated: January 30, 2023
         New York, New York