UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

YOEL WEISSHAUS,

                        Plaintiff,

                                                              11 Civ. 6616 (RKE)

  -against-

                                                              **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                        Defendant.

------------------------------------------------------------------------x

## ORDER

Upon consideration of the Port Authority's motion for a protective order, ECF No. 176, with supporting declaration and memorandum of law, ECF Nos. 177 & 178, as well as Plaintiff's response in opposition, ECF No. 179, and the Port Authority's reply, ECF No. 182, it is hereby

**ORDERED** that the Port Authority's motion is denied; it is further

**ORDERED** that to the extent Elizabeth McCarthy is deposed as a fact witness, her testimony will be limited to factual matters to which she has first-hand knowledge. Therefore, she will not have to make any special preparations for this deposition and, if asked a question to which she does not know the answer, she can so state; and it is further

**ORDERED** that the parties are instructed to alert the court by letter dated no later than February 24, 2023, of their availability for the deposition of Ms. McCarthy, to be set up by the parties.

                                                                /s/ Richard K. Eaton
                                                                   Richard K. Eaton
                                                              U.S.D.J., by Designation

Dated: February 13, 2023
       New York, New York