UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

YOEL WEISSHAUS,

                            Plaintiff,

                                                                                         11 Civ. 6616 (RKE)

   -against-

                                                                                             **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                            Defendant.

-----------------------------------------------------------------------x

**ORDER**

It is hereby

**ORDERED** that Weisshaus' deposition of the Port Authority's witness, Elizabeth McCarthy, shall be conducted on April 20, 2023, at 10:00 A.M. Eastern Standard Time; it is further

**ORDERED** that the deposition shall be held remotely via Zoom, to be set up by the parties; and it is further

**ORDERED** that, on or before April 6, 2023, Weisshaus shall identify to the Port Authority any documents on which he intends to rely.

                                                                        /s/ Richard K. Eaton
                                                                          Richard K. Eaton
                                                                    U.S.D.J., by Designation

Dated: February 24, 2023
       New York, New York