UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

YOEL WEISSHAUS,

                         Plaintiff,

       -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                         Defendant.

----------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## ORDER

Upon consideration of Plaintiff's letter motion for an extension of time to file an expert rebuttal report, ECF No. 190, and the Port Authority's letter in opposition, ECF No. 191, it is hereby

**ORDERED** that Plaintiff's letter motion is granted; and it is further

**ORDERED** that Plaintiff shall have until Friday, July 28, 2023, to file the rebuttal expert report.

                                                 /s/ Richard K. Eaton
                                               U.S.D.J., by Designation

Dated: July 26, 2023
       New York, New York