UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

    -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                            Defendant.

11 Civ. 6616 (RKE)

**ORDER**

------------------------------------------------------------------------x

**ORDER**

The Court has considered Plaintiff's request for a discovery conference, ECF No. 203, the Port Authority's response in opposition, ECF No. 206, Plaintiff's reply, ECF No. 207, and all other relevant papers and proceedings had herein.

In Plaintiff's rebuttal expert's report, ECF No. 194-1, Ms. Muckler says that she needs access to the Port Authority's general ledger, along with copies of various work papers and accountant journal entries related to the Port Authority's annual financial reports. If Ms. Muckler claims that she wants to see additional information, then she must describe, with specificity, exactly what she wants and why.

Thus, before the Court decides anything, Plaintiff shall provide a letter from Ms. Muckler, addressed to the Court, precisely detailing the information she wants, together with an explanation as to exactly why she wants it. Further, Ms. Muckler must describe, specifically, just how any of the information she requests is relevant to the central inquiry underlying Plaintiff's sole remaining claim in this case: Whether toll revenue from Interstate Transportation Network ("ITN") facilities

remained after accounting for ITN expenditures during the period in question, such that leftover toll revenues would have been available for purposes other than expenditure on ITN facilities.

Accordingly, it is hereby

**ORDERED** that Plaintiff must file Ms. Muckler's letter with the Court on or before November 29, 2023.

        /s/ Richard K. Eaton
Richard K. Eaton
U.S.D.J., by Designation

Dated: November 8, 2023
      New York, New York