UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                               Plaintiff,

                                                                                                      11 Civ. 6616 (RKE)

   -against-

                                                                                                   **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                               Defendant.

------------------------------------------------------------------------x

## **ORDER**

The Court has received Plaintiff's letter-motion for a pre-motion discovery conference, ECF No. 202, pursuant to Local Civil Rule 37.2. Upon consideration of Plaintiff's letter-motion, it is hereby

**ORDERED** that Plaintiff's request for a conference is granted; and it is further

**ORDERED** that the parties are instructed to inform the Court by letter dated no later than Wednesday, February 28, 2024, of their availability for a phone conference, to be set up by the parties, on Monday, March 4, 2024, at 2:00pm.

                                                                              /s/ Richard K. Eaton
                                                                                U.S.D.J., by Designation

Dated: February 26, 2024
       New York, New York