UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

    -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                             Defendant.

-----------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## **ORDER**

It is hereby

**ORDERED** that a Local Civil Rule 37.2 conference will be held on Monday, March 4, 2024, at 2:00 p.m. EST. It will be held via teleconference, using the dial-in information provided by Plaintiff in his filing dated February 28, 2024, ECF No. 216.

                                                 /s/ Richard K. Eaton
                                              U.S.D.J., by Designation

Dated: February 28, 2024
        New York, New York