UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                Plaintiff,

        -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## **ORDER**

In accordance with the Court's directions in the Local Civil Rule 37.2 pre-motion discovery conference held on March 4, 2024, it is hereby

**ORDERED** that Plaintiff must file a letter in accordance with the Court's directions on or before March 18, 2024, and Defendant may file a response letter no later than April 1, 2024.

                         /s/ Richard K. Eaton
                         U.S.D.J., by Designation

Dated: March 5, 2024
       New York, New York