UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                        Plaintiff,

      -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                       Defendant.

------------------------------------------------------------------------x

11 Civ. 6616 (RKE)

**ORDER**

## **ORDER**

It is hereby ordered that the following provisions, agreed to by Plaintiff and Defendant, shall govern claims of confidentiality in these proceedings:

(a) The following documents and information shall be designated as "confidential," since such documents are not public and have not previously been disclosed by the producing party to anyone except those in its employment or those retained by it;

    i) Sensitive financial data contained in the General Ledger of the Port Authority of New York and New Jersey;

    ii) Sensitive financial data contained in the work papers prepared for financial statement of the Port Authority including designated Financial Income and Debt Service Allocates 2007-2021.

(b) Documents designated "confidential" shall be shown only to the attorneys, parties, experts, actual or proposed witnesses, court personnel and other persons necessary to review the documents for the prosecution or defense of this lawsuit. Each person who

        is permitted to see confidential documents shall first be shown a copy of this Order and shall further be advised of the obligation to honor the confidential documents. Each person who is not a party, an attorney for a party, or court personnel, shall be required to sign an agreement to be bound by this Order, attached hereto as Exhibit A. The parties agree that any confidential discovery material produced in this litigation may only be used in connection with this litigation.

(c)    Review of the confidential documents and information by counsel, experts, or consultants for the litigants in the litigation shall not waive the confidentiality of the documents or objections to production.

(d)    The inadvertent, unintentional, or *in camera* disclosure of a confidential document and information shall not generally be deemed a waiver, in whole or in part, of any party's claims of confidentiality. If at any time prior to trial, a producing party realizes that some portion(s) of the discovery material that the party produced should be designated as "confidential," the party may so designate by apprising all parties in writing, and providing that the material has not already been published or otherwise disclosed, such portion(s) shall thereafter be treated as confidential under this Order.

(e)    The parties shall comply with the Southern District of New York's instructions for e-filing sealed documents in civil cases.

(f)    Within a reasonable period after the conclusion of the litigation, all confidential material shall be returned to the respective producing parties or destroyed by the recipients. Any files produced on OneDrive may be deleted or canceled by the Port Authority.

(g)     This Court shall retain jurisdiction over all persona subject to this Order to the extent necessary to enforce any obligations arising hereunder.

**SO ORDERED.**

                                                      /s/ Richard K. Eaton
                                                      U.S.D.J., by Designation

Dated: June 10, 2024
       New York, New York

## EXHIBIT A

I have been informed by counsel that certain documents or information to be disclosed to me in connection with the matter entitled: _____ have been designated as confidential. I have been informed that any such documents or information labeled "confidential" are confidential by order of this Court.

I hereby agree that I will not disclose any information contained in such documents to any other person. I further agree not to use any such information for any purpose other than this litigation.

_____                     Dated: _____
Signature

Signed in the presence of:

_____
(Attorney)