UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                      Plaintiff,

                                                                           11 Civ. 6616 (RKE)

  -against-

                                                                              **ORDER**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                      Defendant.

------------------------------------------------------------------------x

**ORDER**

Upon consideration of Plaintiff's letter-motion for an extension of time to file his supplemented or amended expert rebuttal report, ECF No. 240, and Defendant's response, ECF No. 241, it is hereby

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that the deadlines relating to expert opinions set forth by order dated July 12, 2024, ECF No. 234, are amended as follows:

1. Plaintiff's supplemented or amended rebuttal expert report shall be due no later than September 30, 2024.

2. Any expert reply affidavit shall be due no later than October 30, 2024.

3. Should Defendant wish to renew its letter-motion to file supplemental summary judgment papers, ECF No. 186, it shall do so no later than November 21, 2024.

**SO ORDERED.**

      /s/ Richard K. Eaton
    U.S.D.J., by Designation

Dated: September 16, 2024
       New York, New York