UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YOEL WEISSHAUS,

                              Plaintiff,

        -against-

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                              Defendant.

------------------------------------------------------------------------x

                                                     11 Civ. 6616 (RKE)

                                                     **<u>ORDER</u>**

## <u>ORDER</u>

       Upon consideration of Plaintiff's letter-motion for a second extension of time to file his supplemented or amended expert rebuttal report, ECF No. 243, and Defendant's response in opposition, ECF No. 244, it is hereby

       **ORDERED** that Plaintiff's motion is granted; and it is further

       **ORDERED** that the deadlines relating to expert opinions, as amended by order dated September 16, 2024, ECF No. 242, are again amended as follows:

1. Plaintiff's supplemented or amended rebuttal expert report shall be due no later than October 10, 2024.

2. Any expert reply affidavit shall be due no later than November 11, 2024.

3. Should Defendant wish to renew its letter-motion to file supplemental summary judgment papers, ECF No. 186, it shall do so no later than December 13, 2024.

4. The court will grant no further extensions of this kind.

Court No. 11-6616                                                                                    Page 2

**SO ORDERED.**

                                                                    /s/ Richard K. Eaton
                                                                U.S.D.J., by Designation

Dated: October 1, 2024
       New York, New York