**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

  YOEL WEISSHAUS,

|  |  |  |
|---|---|---|
| | Plaintiff, | 11 **CIVIL** 06616 (RKE) |
| -v- | | **JUDGMENT** |

PORT AUTHORITY OF NEW YORK :
AND NEW JERSEY,

                    Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 27, 2026, the Court holds that the Port Authority's 2011 toll increase was not excessive in relation to the benefits conferred on users and was a fair approximation of the fee payers' use of facilities. Moreover, the ITN maintained a deficit both before and after the 2011 toll increase. As a result, Weisshaus's sole remaining claim that ITN toll revenue was spent on non-ITN projects, such as the development of the World Trade Center, has no factual basis. The Court therefore grants the Port Authority's motion for summary judgment. The Court also denies Weisshaus's motion for leave to file a second amended complaint because his attempt to replead is futile.

**Dated:** New York, New York

      March 30, 2026

                                     **TAMMI M. HELLWIG**

                                 _____

                                      **Clerk of Court**

           **BY:**

                                      _____

                                      **Deputy Clerk**